IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DOMINIQUE LAVELL MITCHELL,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

1:26CV613
1:26CR7-1

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on July 7, 2026. *7/7/26 Order and Recommendation of United States Magistrate Judge*. The Magistrate Judge recommends dismissing Plaintiff's action because Mitchell's filing was not submitted on the required 28 U.S.C. § 2255 form and did not contain the information necessary to process a § 2255 motion. *Id*. The deadline for objections passed on July 24, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation, *7/7/26 Order and Recommendation*, is adopted and this action is dismissed without prejudice.

This the 4th day of August, 2026.

 /s/ David A. Bragdon
United States District Judge